IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS J. AVENA,<br><br>    Plaintiff,<br><br>  v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>    Defendants. | No. C 14-5479 RMW (PR)<br><br>JUDGMENT |

The court has dismissed the instant action. A judgment of dismissal with prejudice is entered. The clerk shall close the file.

IT IS SO ORDERED.

DATED: _____

_____
RONALD M. WHYTE
United States District Judge

P:\PRO-SE\RMW\CR.14\Avena479jud.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

CARLOS J AVENA,

        Plaintiff,

  v.

STATE OF CALIFORNIA et al,

        Defendant.

Case Number: CV14-05479 RMW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 30, 2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Carlos J. Avena C 43001
San Quentin State Prison
San Quentin, CA 94974

Dated: April 30, 2015

        Richard W. Wieking, Clerk
        By: Jackie Lynn Garcia, Deputy Clerk